PATRICK H. GALBALLY, Appellant, *v.* SIMON STRAUSS, INC., et al., Respondents.

*Galbally* v. *Strauss*, 159 App. Div. 124, affirmed.
(Argued January 25, 1916; decided February 22, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, an employee of a contractor engaged in doing plumbing work in a building under alteration, was injured through the falling of a stairway under construction by another contractor. The com-

plaint alleges two causes of action, the first of which is under the Employers' Liability Act, as amended by the Laws of 1910 (Chap. 352, § 2), the plaintiff alleging that defendant Strauss, Inc., furnished a defective way, viz., a stairway for the use of the plaintiff and others employed on the premises, and that the defendant Johnson, a carpenter, was the person employed by the defendant Strauss, Inc., to construct the stairway, and Johnson was the person intrusted with the duty of seeing that the stairways and ways were in proper condition. The second cause of action was at common law, alleging the liability of both Strauss, Inc., and Johnson for the injuries sustained by the plaintiff.

*W. Russell Osborn* for appellant.

*Arnold Lichtig, Theodore H. Lord* and *Lyman A. Spalding* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, because of erroneous rulings by the trial judge, without passing upon the construction of section 200 (subd. 2) of the Labor Law, as amended in 1910; no opinion.

· Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.